# DK DENNIS KENNY LAW

**288 NORTH PLANK ROAD, NEWBURGH, NY 12550**
PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

**KATHERINE M. USEWICZ, ESQ.**
**JEFFREY C. LEO, ESQ.**
**DENNIS KENNY, ESQ.** (NY & PA)
**SCOTT T. BLACK, ESQ.** (NY & CA)
**EDWARD C. DELAUTER, ESQ.**
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)

Granted.

SO ORDERED:

9/23/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

September 23, 2024

Magistrate Judge Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: Edelglass v. Commissioner SSA (RWL)
24-CV-04936

Dear Magistrate Judge Lehrburger:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff's motion and memorandum of law in this case are due to be filed on October 7, 2024. Due to time constraints, and with the kind consent of Defense Counsel, Plaintiff respectfully requests an extension to time until November 6, 2024, in which to file the motion and memorandum of law. If your Honor grants this request, Plaintiff's papers will then be due by November 6, 2024. Defendant's brief shall be filed by January 6, 2025, Plaintiff's reply, if any, shall be filed by January 27, 2025.

No prior request for such adjournment has previously been submitted. Plaintiff is aware of no additional action to be scheduled in this matter.

Thank you for your consideration.

Respectfully submitted,

/s/ Josephine Gottesman

Cc: Nahid Sorooshyari, Esq (via ECF)
    Office of General Counsel, Social Security Administration

ADDITIONAL OFFICES AT:

55 MAIN STREET, GOSHEN, NY | 3344 ROUTE 9 NORTH, 1ST FLOOR, POUGHKEEPSIE, NY | 18 COMPUTER DRIVE WEST, SUITE 109, ALBANY, NY
THE FIRM RESERVES THE RIGHT TO ASSIGN ALL MATTERS TO ANY MEMBER OR ASSOCIATE ATTORNEY