**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DARRIN L. EDELGLASS,

                Plaintiff,                    24 **CIVIL** 4936 (RWL)

       -v-                                 **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 28, 2025, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the forth sentence of 42 U.S.C. § 405(g).

**Dated:** New York, New York

      January 28, 2025

                                                     **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                         **BY:**      *K. Mango*

                                                       **Deputy Clerk**